IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ALPHA COGNETICS LLC and ALPHA COGNETICS TECH LLC | PLAINTIFFS |
| v. | CIVIL ACTION NO. 3:18-cv-440-CWR-FKB |
| ROGER BLOUCH, SUSAN BLOUCH, and ADVANCED HF SOLUTIONS, INC. | DEFENDANTS |

### ORDER GRANTING PLAINTIFFS' MOTION FOR PERMISSION TO FILE UNDER SEAL

This cause is before the Court on Plaintiffs' Motion for Permission to File Under Seal [2]. The Court finds that the motion should be granted.

The motion seeks to seal two exhibits to the Complaint [1]. The first, *The Poynting Vector Antenna* book, details specific information related to Plaintiffs' intellectual property at issue in this case, including the design, function, and assembly of the Alpha Cognetics Antenna and the incorporation of the flute antenna described in the Complaint. The second, Plaintiffs' drawings described in the Complaint and referenced as AC-A1-4010, AC-A1-4011, AC-A1-4012, and AC-A1-4013 (the "Alpha Cognetics Drawings"), contains specific and detailed confidential design descriptions of the flute antenna at issue.

Due to the proprietary nature of the two exhibits, the Court finds that they should be filed under seal. The Clerk of Court is directed to file the two exhibits upon receipt thereof from Plaintiffs. The exhibits will remain under seal until further order of the Court.

SO ORDERED, this the 19th of July, 2018.

    /s/ F. Keith Ball
UNITED STATES MAGISTRATE JUDGE